ACCEPTED
06-15-00076-CV Appeal
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/7/2015 8:54:27 AM
DEBBIE AUTREY
CLERK

## NO. 06-15-00076-CV

### IN THE
### SIXTH COURT OF APPEALS
### TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/7/2015 8:54:27 AM
DEBBIE AUTREY
Clerk

### TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND OFFICE OF INSPECTOR GENERAL,
*Appellants*,

**v.**

### ANTOINE DENTAL CENTER,
*Appellee.*

**On appeal from the 200th District Court, Travis County, Texas
Cause No. D-1-GN-14-002229**

### FIRST UNOPPOSED MOTION TO
### EXTEND TIME TO FILE RESPONSE BRIEF

Appellee asks the Court to extend the time to file Appellee's Response Brief for an extension of 30 days.

### A. Introduction

1. Appellee is Antoine Dental Center.

2. This motion is filed within the period to file a motion to extend the time to file briefs, as required by Rules 10.5 and 38.6.

3. The Appellant, Texas Health and Human Services Commission and Office of the Inspector General ("OIG"), is not opposed to this motion.

Appellee Antoine Dental Center's Motion to Extend Time to File Response Brief
Page 1 of 4

## B. Argument & Authorities

4. The Court may grant an extension of time to file briefs under Texas Rule of Appellate Procedure 38.6.

5. The deadline to file the Response Brief is December 9, 2015.

6. Appellant requests this extension due to counsel having:

- Intervening cases that had immediate impending deadlines preventing a timely reply brief to be completed, including an emergency amicus brief filed in Case No. 03-15-262-CV, *Texas Association of Acupuncture and Oriental Medicine v. Texas Board of Chiropractic Examiners and Yvette Yarbrough, Executive Director*, and a separate appellate brief due in 03-15-349-CV, *Shamrock Psychiatric, P.A., v. Texas Health and Human Services Commission, Kyle Janek, and Douglas Wilson.*

- Two unexpected, late set depositions in No. 13-0551-FC3, *IMMO Rafferty McDonald and Emily McDonald and in the Interest of JTM and DKM*, currently pending in Willamson County Court at Law No. 3, distracted the undersigned counsel from reviewing and addressing Appellant's brief for over a week.

The Thanksgiving holiday period which reduced work productivity time within the office.

7. No previous extension has been requested or granted to extend the time to file Appellee's Brief.

## C. Prayer

8.   For these reasons, Appellee asks the Court to grant an extension of time to file its Response Brief until January 8, 2015.

Respectfully Submitted,

_____
Jason Ray
State Bar No. 24000511
RIGGS & RAY, P.C.
506 West 14th Street
Austin, Texas  78701
(512) 457-9806  Telephone
(512) 457-9066  Facsimile
jray@r-alaw.com
**ATTORNEY FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

I communicated by email on December 4, 2015 with opposing counsel, Raymond C. Winter, and he advised that he does not oppose this motion.

_____
Jason Ray

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion to Extend Time to File Response Brief was served via e-mail and e-service on the 7th day of December, 2015 on the following:

*Counsel for Appellant Texas Health and Human Services Commission and Office of the Inspector General*

Raymond C. Winter
Chief, Civil Medicaid Fraud Division
Reynolds B. Brissenden
Noah Reinstein
Assistant Attorneys General
**Office of the Attorney General**
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-1709
Facsimile: (512) 936-0674
E-mail: raymond.winter@texasattorneygeneral.gov
E-mail: reynolds.brissenden@texasattorneygeneral.gov
E-mail: noah.reinstein@texasattorneygeneral.gov

Jason Ray